NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**O2 MICRO INTERNATIONAL LTD.,**
*Plaintiff-Appellee,*

**v.**

**JOHN D. VAN LOBEN SELS,**
*Defendant-Appellant.*

---

2011-1031

---

Appeal from the United States District Court for the Eastern District of Texas in No. 04-CV-0032, Magistrate Judge Charles Everingham, IV.

---

**JUDGMENT**

---

ROBERT M. HARKINS, JR., Sedgwick LLP, of San Francisco, California, argued for plaintiff-appellee. Of counsel on the brief was RICHARD C. LIN, Howrey LLP, East Palo Alto, California. Of counsel was HENRY C. SU.

JOHN D. VAN LOBEN SELS, Wang, Hartmann, Gibbs & Cauley P.L.C., of Mountain View, California, pro se.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>August 9, 2011</u>

Date

<u> /s/ Jan Horbaly                    </u>

Jan Horbaly

Clerk